# Court of Appeals
# of the State of Georgia

ATLANTA, March 19, 2024

*The Court of Appeals hereby passes the following order:*

A24A1133. MICHAEL GARY SMITH v. THE STATE.

In 2023, Michael Gary Smith was convicted of theft by shoplifting, public indecency, and obstruction and hindering a law enforcement officer. The trial court sentenced Smith to five years, with the first year to be served in confinement, and the remainder on probation. On January 5, 2024, the court revoked Smith's probation. Proceeding pro se, Smith filed this direct appeal. We lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Moreover, even if Smith was entitled to appeal directly from the trial court's order revoking his probation, his notice of appeal is untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Smith filed his notice of appeal on

February 13, 2024, 39 days after the trial court entered its order revoking his probation. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  03/19/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*